## SECOND DEPARTMENT, MAY TERM, 1890.

William H. Wood, Respondent, v. Elisha T. Baldwin, Appellant.—Judgment affirmed, with costs. Opinion by Pratt, J.

Elmer Chace, Respondent, v. Albert E. Nichols, Appellant.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

Anton Nowak, Appellant, v. George F. Waller and another, Respondents.—Judgment and order denying new trial affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

The People of the State of New York v. William Flynn.—Conviction and judgment affirmed for non-submission of papers by stipulation.

Gloucester Iron Works, Appellant, v. The Board of Water Commissioners of the Village of Sing Sing, Respondent.—Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Charles Dattelbaum, Respondent, v. William Blumer, Appellant, Impleaded, etc.—Judgment affirmed, with costs. Opinion by Dykman, J.

Francis Kierans, Respondent, v. Armand Wolff and another, Appellants.—Judgment of County Court reversed and that of Justice affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., dissenting.

Warren Foote and another, Respondents, v. Richard D. Stryker and another, Appellants.—Judgment reversed and new trial granted, costs to abide event. Opinion by Barnard, P. J.

Elizabeth A. Moore, Respondent, v. John Baylies, Appellant.—Judgment affirmed, with costs. Opinion by Dykman, J.

George H. Deller, Appellant, v. Staten Island Athletic Club, Respondent.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

Elbert Stannard v. Charles H. Hubbell.—Motion to dismiss appeal denied, without costs. Opinion by Barnard, P. J.

George W. Carpenter, as Executor, Respondent, v. Carrie M. Mosher and another, Appellants.—Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

David H. James and others, Respondents.—Judgment affirmed, with costs. Opinion by Dykman, J.

In the Matter of the Last Will of Eliza Dunscomb, Deceased.—Order reversed, without costs of appeal. Opinion by Barnard, P. J.

Brooklyn Bank, Appellant, v. Archibald Lamon and others, Respondents.—Judgment affirmed, with costs. Opinion by Barnard, P. J.; Dykman, J., not sitting.

In the Matter of the Estate of Graciano de Oraindi.—Order affirmed, with costs and disbursements. Opinion by Pratt, J.

Emma L. Shaw, Respondent, v. Winfield S. Shaw, Appellant.—Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

The People of the State of New York ex rel. Henry Waterman v. N. B. Schellenger and others.—Order laying out highway affirmed, with costs. Opinion by Barnard, P. J.

In the Matter of the Petition of William C. Camp—Judgment modified in accordance with opinion of Justice Dykman; order to be settled by him. Opinion by Dykman, J.

Albon P. Man and another, as Trustees, Respondents, v. Ambrose Snow and others, Appellants.—Judgment reversed and new trial granted, costs to abide event. Opinion by Pratt, J.

Maggie La Manna, as Administratrix, Respondent, v. The National Security Life and Accident Company, Appellant.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

No. 1. The Metropolitan Life Insurance Company v. Wilson C. Hall and others.—Judgment affirmed, with costs. Opinion by Barnard, P. J.

No. 2. Same v. Same.

No. 3. Same v. Same.

No. 4. Same v. Same.

No. 5. Same v. Same.

No. 6. Same v. Same.

No. 7. Same v. Same.

Judgment in each of the above six actions abide the result of action No. 1, and judgments therefore affirmed, with costs.

Andrew J. Wightman, Appellant, v. Augustus A. Brush and another, Respondents.—Judgment affirmed, with costs. Opinion by Pratt, J.; Dykman, J., not sitting.

No. 1. Benjamin Collins, Respondent, v. Long Island City, Appellant.—Judgment reversed and new trial granted at Special Term, costs to abide event. Opinion by Barnard, P. J.

No. 4. Benjamin Collins, Respondent, v. Long Island City, Appellant.—Judgment in this action by stipulation is to abide result in foregoing appeal.

No. 5. Benjamin Collins, Respondent, v. Long Island City, Appellant.—Judgment reversed and new trial granted at Special Term. Opinion by Barnard, P. J.

Edward Schell, Trustee, etc., Appellant, v. George B. Elkins and others, Respondents.—Order modified in accordance with opinion. Order to be settled by Barnard, P. J.

Sarah F. Carpenter, Appellant, v. William T. Carpenter, Respondent, Impleaded, etc.—Judgment modified in accordance with opinion of Judge Pratt, without costs. Opinion by Pratt, J.

Ezra A. Hayt, Respondent, v. Bernard J. Malone and others, Appellants.—Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.; Dykman, J., not sitting.

Queens County Bank, Respondent, v. Eliza M. Leavitt, Appellant.—Judgment affirmed, with costs. Opinion by Dykman, J.

Mary M. Gouverneur and others, Appellants, v. The National Ice Company of New York, Respondent.—Reargument ordered.

Mary A. Pountney, Respondent, v. William Pountney, Appellant.—Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Mary A. Pountney, Appellant, v. William Pountney, Respondent.—Order affirmed, with costs and disbursements. Opinion by Barnard, P. J.

Joseph J. Doyle, Respondent, v. The Unexcelled Fire Works Company, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

Wilhelmina Luehsen, Respondent, v. The Unexcelled Fire Works Company, Appellant.—Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.

In the Matter of the Probate of the Will of Francis W. Lassak, Deceased.—Decree of surrogate affirmed, with costs to be paid out of the estate. Opinion by Dykman, J.

The Port Jervis, Monticello and New York Railroad Company, Appellant, v. The New York, Lake Erie and Western Railroad Company, Respondent.—Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.

John Flannery, Appellant, v. J. Wesley Van Tassell, Respondent.—Judgment and order denying new trial affirmed, with costs. Opinion by Dykman, J.; Barnard, P. J., not sitting.

The New York, Lake Erie and Western Railroad Company, v. Edward C. Beirne and another.—Judgment affirmed, with costs. Opinion by Pratt, J.; Barnard, P. J., not sitting.